# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Dorothy Lee Strowbridge,**<br>    Debtor. | Case No.:   20–10415–SDB<br>Judge:   Susan D. Barrett<br>Chapter:   13 |

### *NOTICE OF TELEPHONIC HEARINGS*

Notice is hereby given that all hearings scheduled for June 8, 2020, at 03:30 PM for the Augusta Division of the U.S. Bankruptcy Court will be held **TELEPHONICALLY.**

To participate in the hearing, use the information below and **dial in at least 10 minutes prior** to the scheduled hearing time:

Call: 1–888–363–4749
Access Code: 7030574
Security Code: 4172020

While participating in the hearing, please comply with the following:

1. Identify yourself at the beginning of the call and each time you speak for the record.
2. Place all phones on mute when your case is not being heard. Do not use the "speaker" function. Do not place the call on hold.
3. Users are prohibited from recording or broadcasting the proceedings conducted by the U.S. Bankruptcy Court for the Southern District of Georgia.

If you are unable to utilize this telephonic service, please contact the Clerk's Office prior to your hearing at 706–823–6000 to make other arrangements.

Attorneys: Please advise your clients not to appear at the courthouse(s). Parties can assist the Court in facilitating telephonic hearings by contacting opposing counsel and interested parties well in advance of hearings to resolve any issues that can be resolved.

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **May 20, 2020**

*GASB–105 [4/20]* **VWW**